respondent for further care and treatment. Relator has been in respondent's custody since January 10, 1952, upon a commitment issued out of the County Court, Kings County, certifying that he is incapable of understanding the charge or proceedings against him or of making his defense, in a criminal action in which he had been indicted for grand larceny in the second degree (see Code Crim. Pro., § 662-b). The criminal action gave rise to relator's present confinement. Although the proceedings upon a writ of habeas corpus are civil in nature, when the confinement springs from a criminal charge against the relator, we are disposed to grant the motion for leave to appeal upon the original papers and for the assignment of counsel, even though, as here, no merit appears to be shown by the papers on the motion. This conclusion, we believe, is required by the recent decisions relating to the right of an indigent appellant to prosecute his appeal (cf. *Griffin* v. *Illinois*, 351 U. S. 12; *People* v. *Pitts*, 6 N Y 2d 288; *People* v. *Wilson*, 7 N Y 2d 568). Motion granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the Attorney-General. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Warren Liburt, Esq., 48 Elm Street, Huntington, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ MARY BATTISTA et al., Respondents, v. JACOB S. POTOFSKY, as General President of Amalgamated Clothing Workers of America, Appellant.— In an action against an unincorporated association, to recover damages for fraud, the defendant appeals from an order of the Supreme Court, Orange County, dated October 3, 1960, which denied his motion to dismiss the complaint for insufficiency, pursuant to rule 106 of the Rules of Civil Practice. Order reversed, with $10 costs and disbursements, motion granted, and complaint dismissed, with leave to plaintiffs, if so advised, to serve an amended complaint within 20 days after entry of the order hereon. As against defendant in his representative capacity, the allegations of the complaint are insufficient to show that the fraud complained of was authorized or ratified by the members of the union, an unincorporated association (*Martin* v. *Curran*, 303 N. Y. 276). Beldock, Ughetta and Brennan, JJ., concur; Nolan, P. J., and Christ, J., concur on the ground stated and on the additional ground that no actionable fraud is pleaded in the present complaint.

■ JEAN BENSON et al., Plaintiffs, and MABEL HLAVA, Appellant, v. HAROLD SPITZER et al., Defendants, and GERRITTSEN BEACH PROPERTY OWNERS ASSOCIATION, INC., Respondent.— In an action for specific performance of a contract for the sale and purchase of real property, plaintiff Hlava appeals from an order of the Supreme Court, Kings County, dated May 2, 1960, which granted the motion of defendant Gerrittsen Beach Property Owners Association, Inc., to substitute persons as parties plaintiff in place of a deceased original plaintiff, to add as parties plaintiff other persons who have succeeded to the interest of certain plaintiffs, to serve a supplemental answer, and for other relief. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ DOROTHY F. BULL, Respondent, v. CLIFFORD M. GRAHAM, Appellant.— In a negligence action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Westchester County, entered in Dutchess County on September 6, 1960, which granted plaintiff's motion to vacate a prior order granting defendant's motion for summary judgment;

and which denied defendant's motion for summary judgment. Order entered September 6, 1960, affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.